**Order entered January 22, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00055-CV

### IN THE MATTER OF J.M., A MINOR, Appellant

### On Appeal from the 305th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. JD-79164-X

## ORDER

Appellant was represented in the trial court by the Dallas County Public Defender's Office. The Dallas County Public Defender's Office has notified the Court pursuant to Section 56.01(f) of the Texas Family Code that it will not be representing Appellant on appeal. Appellant has declared that she is unable to hire an attorney to represent her on appeal and has requested the appointment of counsel to represent her on appeal pursuant to Section 51.10 of the Texas Family Code. It does not appear from the record before the Court that the financial status of Appellant or her family has changed. Accordingly, we **ORDER** the trial court to appoint counsel to represent Appellant on appeal. The trial court shall transmit a supplemental clerk's record containing the order appointing counsel to this Court within fifteen (15) days of the date of this order.

The appeal is **ABATED** to allow the trial court to comply with this order.  It shall be reinstated fifteen days from the date of this order or when the supplemental record is received, whichever is earlier.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE